# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| MANGING MEMBERS OF EDGEWOOD PARTNERS MOBILE HOME PARK (MPH), LLC, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 2:18-cv-02256-TLP-dkv ) ) JURY DEMAND |
| NON-MANAGING MEMBERS OF EDGEWOOD MPH PARTNERS, LLC, et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER ADOPTING THE REPORTS AND RECOMMENDATIONS

Before the Court are two Report and Recommendations ("R&Rs") from Chief Magistrate Judge Diane K. Vescovo. (ECF Nos. 8, 14). The first R&R recommends that (1) Plaintiffs Lund and Mahon pay a $400 civil filing fee or timely move to proceed in forma pauperis, and (2) that Plaintiff West Coast Investment Group be dismissed. (ECF No. 8 at PageID 128–29.) The second R&R recommends that (1) Plaintiffs Lund and Mahon file a Second Amended Complaint and properly execute summons on Defendants, and (2) that Plaintiff West Coast Investment Group be dismissed. (ECF No. 14 at PageID 152–53.)

"Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and

recommendations." Fed. R. Civ. P. 72(b)(2).  Plaintiffs did not object to either R&R and objection window expired on July 14, 2018.[1]  *See* Fed. R. Civ. P. 5(b)(2), 6(d), 72(b)(2).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."  Fed. R. Civ. P. 72(b) advisory committee note.  After reviewing the R&Rs, the Court finds no clear error.  Thus, the Court ADOPTS both Report and Recommendations (ECF Nos. 8, 14), ORDERS Plaintiffs Lund and Mahon to file a Second Amended Complaint and properly execute summons on all Defendants,[2] and DISMISSES Plaintiff West Coast Investment Group WITHOUT PREJUDICE.  Furthermore, because Plaintiffs Lund and Mahon each paid the required filing fee on July 10, 2018, the Court finds as MOOT the first R&R's recommendation that Plaintiffs pay this fee.  (ECF No. 8.)

**SO ORDERED**, this 17th day of August, 2018.

s/ Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff West Coast Investment Group's objection window expired on July 23, 2018 because the second R&R does nothing to alter the first R&R recommendation for Plaintiff's dismissal.  (ECF Nos. 8, 14); *see* Fed. R. Civ. P. 5(b)(2), 6(d), 72(b)(2).
[2] According to the Federal Rules of Civil Procedure and the Local Rules of Court.  The Court directs Plaintiffs Lund and Mahon to Federal Rule 4 and Local Rule 4.1 for guidance.  *See* Fed. R. Civ. P. 4; LR 4.1.