**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| MANAGING MEMBERS OF | ) | |
| EDGEWOOD PARTNERS MOBILE | ) | |
| HOME PARK (MHP), LLC, WEST | ) | |
| COAST INVESTORS GROUP, | ) | |
| CHRISTOPHER J. LUND, and | ) | No. 2:18-cv-02256-TLP-dkv |
| MARGARET MAHON, | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | JURY DEMAND |
| v. | ) | |
| | ) | |
| NON-MANAGING MEMBERS OF | ) | |
| EDGEWOOD MPH PARTNERS, LLC, et | ) | |
| al., | ) | |
| | ) | |
|     Defendants. | ) | |

**JUDGMENT**

**JUDGMENT BY COURT.** This action came before the Court on pro se Plaintiffs'

Complaint, filed on April 16, 2018. (ECF No. 1; *see also* ECF Nos. 7, 41.) In accordance

with the Orders Adopting the Report & Recommendations and Granting the Defendants'

Motions to Dismiss (ECF Nos. 87, 89),

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that this action is

**DISMISSED WITH PREJUDICE.**

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

January 7, 2019
Date